# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Demetrius Sarratt Barry,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00307-MR |
| | ) | 15crs051687 |
| vs. | ) | |
| | ) | |
| **NC Dept of Public Safety,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 17, 2023 Order.

May 17, 2023

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court